# Court of Appeals
# of the State of Georgia

ATLANTA,    July 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2272.  LANCE MCCULLOUGH v. THE STATE.**

In 2009, Lance McCullough pled guilty to two felonies.  In February 2012, he moved for an out-of-time appeal and for the production of his case file.  In an order entered on April 11, 2012, the trial court denied the motions.  On May 17, 2012, McCullough filed a notice of appeal to this Court.  We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  McCullough did not file his notice of appeal until 36 days after entry of the order he seeks to appeal. Accordingly, this appeal is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/20/2012
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



, *Clerk.*